**BOARD OF COMMISSIONERS OF ALLEGANY COUNTY, MARYLAND, Petitioner**

v.

**SURFACE TRANSPORTATION BOARD and United States of America, Respondents.**

No. 08–1217.

United States Court of Appeals, District of Columbia Circuit.

March 31, 2009.

Charles Alan Spitulnik, Allison Ishihara Fultz, W. Eric Pilsk, Kaplan, Kirsch & Rockwell, LLP, Washington, DC, for Petitioner.

Deborah Ann Garza, Acting Assistant Attorney General, U.S. Department of Justice, Washington, DC, for Respondents.

BEFORE: TATEL, BROWN, and GRIFFITH, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This petition for review of an order of the Surface Transportation Board was considered on the briefs and the appendix filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the petition for review be dismissed for lack of standing. Petitioner challenges the Board's assumption that James Riffin is a rail carrier, but petitioner's asserted injuries, which focus largely on anticipated future litigation, are insufficient to confer standing. *See, e.g., Lujan v. Defenders of Wildlife,* 504 U.S. 555, 560–62, 112 S.Ct. 2130, 119 L.Ed.2d 351 (1992); *Platte River Whooping Crane Critical Habitat Maintenance Trust v. FERC,* 962 F.2d 27, 35 (D.C.Cir.1992).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.